## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

KOMPAN A/S and KOMPAN, INC.

   Movants,

      v.

SINCLAIR RECREATION, LLC,

   Respondent.

Case No. 1:24-mc-_____

### KOMPAN A/S AND KOMPAN, INC.'S MOTION TO COMPEL NON-PARTY SINCLAIR RECREATION, LLC, TO COMPLY WITH PROPERLY SERVED SUBPOENA

Kompan A/S and Kompan Inc. (collectively, "Kompan"), in accordance with Rules 45 and 34(c) of the Federal Rules of Civil Procedure, hereby file this Motion to Compel Sinclair Recreation, LLC ("Sinclair"), to produce certain documents in its possession and not otherwise available publicly and which are relevant to the claims and defenses raised by the parties in *Kompan v. Gametime, et. al*, No. 1:21-CV-0877 (W.D. Tx.) (the "Texas Litigation"). Specifically, Kompan seeks an Order from the Court compelling the production of all documents requested in the properly served subpoena attached to the Memorandum of Law in Support of this Motion filed simultaneously herewith.

Pursuant to Local Rule 7.1, and as set forth in the separately filed certificate of compliance, counsel for Kompan has conferred with counsel for Sinclair on multiple occasions and attempted in good faith to resolve the areas of disagreement. However, Kompan and Sinclair were unable to resolve these issues.

In support of its Motion, Kompan relies on the accompanying brief and such other written and oral arguments as may be presented to the Court.

WHEREFORE, Kompan respectfully requests that the Court grant this Motion, that Sinclair Recreation, LLC, be compelled to comply with the subpoena and produce the documents requested therein, and that Kompan be awarded its attorneys' fees and costs incurred in bringing forth this Motion.

Dated: May 21, 2024

Respectfully submitted,

**KOMPAN A/S and KOMPAN, INC.**

By: */s/ Zakary A. Drabczyk*
Zakary A. Drabczyk (P84777)
**BUSH SEYFERTH PLLC**
100 W. Big Beaver Rd., Ste. 400
Troy, MI 48084
(248) 822-7800 (telephone / facsimile)
drabczyk@bsplaw.com

Beverly Reeves, Esq.
*Pro hac vice forthcoming*
Ryan Pierce, Esq.
*Pro hac vice forthcoming*
**REEVES & BRIGHTWELL LLP**
3103 Bee Caves Rd., Ste 240
Austin, TX  78746
(512) 334-4500 (telephone)
(512) 334-4492 (facsimile)
breeves@reevesbrightwell.com
rpierce@reevesbrightwell.com

Henry I Willett III, Esq.
*Pro hac vice forthcoming*
**CHRISTIAN & BARTON, LLP**
901 East Cary Street, Suite 1800
Richmond, VA 23219
(804) 697-4100 (telephone)
(804) 697-6130 (facsimile)
hwillett@cblaw.com

*Counsel for Plaintiffs*
*KOMPAN A/S, and KOMPAN, INC.*

2

## CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2024, a true and correct copy of the foregoing document was served via electronic mail on counsel for Sinclair and the Defendants in the Texas Litigation at the following addresses:

>Kelly Ransom
>KELLY HART & HALLMAN LLP
>303 Colorado, Ste. 2000
>Austin, TX  78701
>Email:  kelly.ransom@kellyhart.com
>
>Ben J. Mahon
>Deborah Laughton
>Ronald H. Spuhler
>MCANDREWS, HELD & MALLOY, LTD.
>500 W. Madison St., 34th Fl.
>Chicago, IL  60661
>Email:  bmahon@mcandrews-ip.com
>Email:  dlaughton@mcandrews-ip.com
>Email:  rspuhler@mcandrews-ip.com

>>*/s/ Zakary A. Drabczyk*
>>Zakary A. Drabczyk